427 A.2d 1219

Commonwealth v. Griffin, Appellant.

 Submitted June 29, 1979. Joseph D. Montgomery, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.